Case
Cloister East Inc.
v. NY SLA

Exhibit
1

Michael Satsky
51 Downing Street
New York, NY 10014

Dear Your Honorable Judge,

Brian and I are hospitality developers who have faced an insurmountable amount of uncertainty.  The Pandemic has impacted our lives forever, and with that comes change.
Im part of the leisure and hospitality industry which has been decimated more than almost every industry in the world.  Feeling like I'm under siege personally and financially is a lot, but having my health and coming through the other side of this is what it's all about.  I need to be able to do my part and create a safe environment for people to keep on keeping on safely..  I felt good working with The Drobenko family, and It felt right  creating something unique and special while helping redevelop and revive a restaurant that has been through 33 years of New York City iterations, giving us all an opportunity of going "back to the future".
 Brian and I have dedicated our careers to creating integrity fueled hospitality brands including Hotels, Restaurants, and  private member clubs.  Three hospitality facets must be experienced first hand in order to progress in the industry.
All of the great New York hospitality developers individually created all 3 of these hospitality sectors.  It is essential to our business and industries existence that we are able to work with property owners to develop their business and create hospitality venues that make New York and the USA the best.  We specialize in that niche.
In a time like Covid, we are able to use our personal relationships to help Restaurant business specifically rely on reservations in order to keep to a limited occupancy and still survive and thrive, which is almost impossible to do.  We are driving the solution to helping people stay in business and creating new hiring opportunities in a damaged economy.
Brian and I are fortunate to have such a tight list of reservations, that we can actually set rules and regulations fairly easy, through direct communication before they even show up for dinner and during their eating and drinking experience, because of the culture we have created.
I don't know one other hospitality developer that has the ability to personally know their reservations and communicate with them every single night.  But this is part of our business and it fits well on many levels of slowing the spread of Covid-19.
For the next 6-12 months, Cloister Cafe is the only project we are a part of that has the ability to operate Safely during the pandemic.  With the Drobenko's we are creating the safest outdoor environment by going at tremendous lengths, consulting with medical doctors, architects, life safety professionals, and engineers to guarantee we are doing it right.  We are helping employ over 40 New Yorkers, during a time where the hospitality industry has lost over 10 million Jobs.  A server, host/hostess, busboy, chef, Covid security enforcement worker, and ect can support their families.
Nick Drobenko took the Boards off the looted East Village, and made something beautiful and safe, and we were part of something magical.  This took sacrifice, charisma, vigilance, thoughtfulness and experience.  We can't do this alone and we can't have anyone take away all of our careers without truth, fairness, and the law.


Thank You,

