# SRA A+E

Architecture + Engineering, P.C.

Aug 13, 2020

Case
Cloister East, Inc.
v. NY SLA

Exhibit
7

To whom it may concern,

I am the Managing Principal at SRA Architecture and Engineering a firm specializing in architecture, engineering, expediting, and code compliance. We are specialists in obtaining New York City Department of Buildings (NYCDOB) approvals to construct Eating and Drinking Establishments. I have been a New York State licensed architect for over 26 years. I have signed, stamped, expedited, and obtained NYCDOB approvals for over 200 Eating and Drinking Establishments applications. Throughout my career, I have solved difficult layouts to maintain safe Eating and Drinking Establishments. I have filed and obtained NYCDOB Place of Assembly Certificate of Operation for each establishment over 74 occupants.

Based on DOB Approved Application #121692329, I can attest to the fact that the Cloister Cafe at 238 East 9th Street (Tax Lot #32) is an Eating and Drinking Establishment with an outdoor space in the Rear Yard and has a connecting Courtyard (Tax Lot #31) open to the sky. Cloister Café has a DOB Approved Place of Assembly Certificate of Operation #122720314 for 136 occupants issued on 10/11/2017 and a FDNY Place of Assembly Account #27245562, expiring on 11/30/2020

DOB Approved Application #121692329, attached, drawing indicates an Existing Rear Yard with Seasonal Temporary Enclosure constructed of metal framing, canvas roof with plastic wall panels.

According to DOB Approved Application #121692329 the Rear Yard, is considered outdoor, with an DOB approved weather canvas covering and a total legal capacity of 71. Cloister Café, being cautious and consciousness, has chosen to have 30 feet of the south wall open to the air and allow natural circulation. The open-air Courtyard has a legal occupancy of 60.

According to DOB Approved Application #121692329, Exit A, 36" door (from the Eating and Drinking Establishment), can support a Maximum Egress capacity of 75 occupants; and Exit B, 10'-4" opening with roll down gate (from Courtyard) can support a Maximum Egress capacity of 275 occupants for a total Maximum Egress capacity of 350 occupants.

According to DOB Approved Applications both outdoor/open air spaces have been legally permitted as Eating and Drinking Establishment for many years.

I have personally been to Cloister Cafe on a number of occasions, during the pandemic, and can say with 100% certainty, that this is an Outdoor Space which is consistent with DOT Open Sidewalk and Roadway Seating Programs, and also both spaces are approved by NYCDOB and FDNY and therefore legally permitted.

Sincerely,



Adrian Figueroa, R.A.

1. EXIT SIGNS SHALL CONFORM TO ALL PROVISIONS OF SUB-CHAPTER 6, ARTICLE 7 AND SECT 27-525 OF THE A.C. AND AS FOLLOWS:
   A) SIGNS SHALL BE INTERNALLY LIGHTED AND CONNECTED TO A POWER SOURCE AHEAD OF THE MAIN CIRCUIT BREAKERS.
   B) LIGHTS SHALL BE KEPT LIT ALL TIMES DURING OCCUPANCY OF PREMISES.
   C) INSTALLATION OF SIGNS SHALL BE SUCH THAT THEY ARE CLEARLY VISIBLE FROM ALL PLACES IN ASSEMBLY SPACE WITH THE BOTTOM OF SIGNS AT A HEIGHT OF AT LEAST 7'-0" ABOVE FLOOR LEVEL.
   D) LETTERS OF SIGNS SHALL BE RED BLOCK LETTERS AT LEAST 8" HIGH WITH MINIMUM ½" WIDE STROKES, BACKGROUND TO BE STENCILED METAL, LIGHT GRAY OR WHITE IN COLOR OR OF TRANSLUCENT FROSTED GLASS OR SLOW BURNING PLASTIC.

2. EMERGENCY LIGHTING SYSTEM SPECIFIED UNDER THIS FILING SHALL CONFORM TO A.L. PROVISIONS OF SECTION C27-525 OF THE A.C. AND SPECIFIED BY LOCAL LAW 41/78.
   A) ASSEMBLY SPACES SHALL BE PROVIDED WITH EMERGENCY LIGHTS SUFFICIENT TO ILLUMINATE FLOOR LEVEL WITH A MIN OF 5 FT. CANDLES AT ALL AISLES AND EXIT AREAS.
   B) EXIT AREA TO BE ILLUMINATED WITHIN THE ASSEMBLY SPACE SHALL CONSIST OF THE EXIT SIGN, EXIT DOORWAY AND A SQUARE AT THE THRESHOLD OF THE POINT OF EGRESS WITH A SIDE WHOSE DIMENSION IS DOUBLE THE DOOR'S OPENING, OR EQUAL TO THE WIDTH OF AN ENCLOSED CORRIDOR (WHICHEVER IS LESS) LIGHT MEASUREMENT SHALL BE TAKEN ON THE HORIZONTAL.
   C) THE INTENSITY OF GENERAL ILLUMINATION SHALL NOT BE DIMINISHED TO LESS THAN 2 FT. CANDLES AT A LEVEL OF 18" ABOVE FLOOR LEVEL AT CROSS AISLES.
   D) THE INTENSITY OF GENERAL ILLUMINATION ELSEWHERE IN THE ASSEMBLY SPACE SHALL NOT BE DIMENSIONED TO LESS THAN 1 FT. CANDLE AT A LEVEL OF 18" ABOVE FLOOR LEVEL.
   E) LIGHTING UNITS SHALL BE ARRANGED SO AS NOT TO INTRODUCE DISORIENTING GLARE TO THE PATH OF ESCAPE, DRAMATICALLY ALTER THE CHARACTER AND QUALITY OF ILLUMINATION OR OTHERWISE PRESENT HAZARD TO THE OCCUPANTS.
   F) ILLUMINATION SHALL BE ARRANGED SO THAT THE EVENT OF THE FAILURE OF ANY SINGLE LIGHTING UNIT, SUCH AS THE BURNING OUT OF AN ELECTRIC BULB, NO AREA WILL BE LEFT IN ENTIRE DARKNESS.
   G) EMERGENCY LIGHTS SHALL BE CONNECTED TO AN INTERNAL POWER SOURCE SEPARATE FROM GENERAL LIGHTING SYSTEMS. THIS BATTERY OPERATED INTERNAL POWER SYSTEM MAY HOWEVER BE RECHARGED FROM GENERAL LIGHTING AND POWER CIRCUITS IF SO DESIGNED.
   H) ALL FIXTURES SHALL BE INSTALLED AT A MINIMUM OF 8'-0" ABOVE FLOOR LEVEL.

3. MINIMUM WIDTH OF AISLES CROSS AISLES SHALL BE 44" AND EACH AISLE SHALL LEAD TO APPROVED MEANS OF EGRESS EXCEPT:
   A) IN ANY ASSEMBLY SPACE HAVING A TOTAL OF NOT MORE THAN THREE HUNDRED OCCUPANTS.
   B) WHEN NOT MORE THAN THE NUMBER OF PERSONS PERMITTED FOR ONE UNIT OF EXIT WIDTH IS SERVED.
   C) AT THE NARROWEST POINT WHEN A TAPERED AISLE IS PERMITTED UNDER PARAGRAPH 1 HERE OF SC. 27-532.
   D) WHEN AN AISLE PARALLELS AN ISLE ALONGSIDE AN ENCLOSURE WALL OR PARTITION THAT IS PROVIDED WITH EXIT DOORS SPACED NOT MORE THAN SIXTEEN FEET ON CENTERS, PROVIDED SUCH AISLE SERVES ONLY THE ROWS OF SEAT ADJACENT TO IT.

4. A POSTED OCCUPANCY SIGN SHALL BE PROVIDED AS PRESCRIBED BY SECT. 27-527 MIN. SIZE TO BE 12" WIDE X 16" HIGH, LETTER SHALL BE RED, 1" HIGH, NUMERALS RED BUT 1-1/4" HIGH , SIGN SHALL BE PERMANENTLY MOUNTED WITH A MINIMUM OF 5 FT. CANDLES OF LIGHT.

5. EXIT DOORS AND HARDWARE SHALL COMPLY WITH ALL REQUIREMENTS OF SECT. 27-371 OF A.C. AND AS FOLLOWS:
   A) EXIT DOORS MAY NOT BE LOCKED AT ANY TIME DURING OCCUPANCY OF PREMISED AND SHALL BE KEPT CLEAR OF OBSTRUCTIONS AND READILY OPERABLE AT ALL TIMES FROM THAT SIDE OF THE PREMISES.
   B) DOORS SHALL NOT REQUIRE A KEY LOCK FROM SIDE OF EGRESS, SLIDE LOCKS, DEAD BOLTS, KEY LOCKS AND HARDWARE OTHER THAN N.Y.C. BUILDING DEPARTMENT AND B.S.A.

6. HOODS, FLUES, DUCTS AND GREASE FILTERS OVER COOKING RANGES AND OTHER APPLIANCES MUST BE MAINTAINED REGULARLY TO INSURE CLEANLINESS AND SAFETY. AN UP TO DATE MAINTENANCE RECORD OF THESE SERVICES FOR THE PAST 9 MONTHS SHALL BE KEPT ON PREMISES AND SHOWN TO THE BUILDING DEPARTMENT AND THE FIRE INSPECTOR AS REQUIRED.

7. AN APPROVED COPY OF THIS PLAN SHALL BE FRAMED AND KEPT ON PREMISES BY OWNER FOR INSPECTION BY N.Y.C. OFFICIALS AS REQUIRED BY N.Y.C.A.C. & LL 41/78.

8. NO PLACE OF ASSEMBLY SHALL BE LOCATED WITHIN 250'-0" OF ANY OCCUPANCY CONTAINING EXPLOSIVE MATERIALS.

---

1. SEATING AS SHOWN ON PLAN SHALL COMPLY WITH SECTION C26-391.4

2. WHERE EXIT SIGNS ARE INDICATED ON THE PLAN THEY SHALL BE AT LEAST 8" IN HEIGHT WITH STROKES AT LEAST ½" WIDE COMPLYING WITH ALL THE REQUIREMENTS OF SUB-ARTICLE 608.0, C26-2001, IOEO AND C26-801.17.

3. SIGNS SHALL BE INTERNALLY LIGHTED TYPE IN ALL ASSEMBLY SPACES WHERE THE GENERAL ILLUMINATION IS REDUCED TO LESS THAN FIVE (5) FOOT CANDLES DURING OCCUPANCY. SIGNS SHALL BE LIGHTED AT ALL TIMES DURING OCCUPANCY WITH COMPLIANCE TO C26-801.17.

4. THE ENTIRE EXHAUST SYSTEM FOR COOKING EQUIPMENT, INCLUDING DUCTS, HOODS AND SHALL BE INSPECTED PERIODICALLY AND THOROUGHLY CLEANED GREASE FILTERS SHALL SERVICED AND REPLACED REGULARLY BY A QUALIFIED EMPLOYEES OF THE OWNER OR BY A CLEANING AGENCY. A RECORD INDICATING THE NAME OF THE PERSON OR THE FIRM DOING THE SERVICING AND THE DATES WHEN THE FILTERS WERE CLEANED OR REPLACED SHALL BE KEPT ON THE PREMISES AND SHALL BE AVAILABLE FOR INSPECTION BY THE COMMISSIONER AS FREQUENTLY AS NECESSARY BUT AT LEAST EVERY THREE MONTHS, AT LEAST TWICE A YEAR THE AUTOMATIC FIRE DAMPER LOCATED AT THE HOOD OUTLET RELEASE DEVICES AND FUSIBLE LINKS, IF EMPLOYED SHALL BE PROPERLY CLEANED AND OR REPLACED. AT LEAST ONCE EVERY YEAR THE AUTOMATIC VALVE OPERATION AND EXTINGUISHING SYSTEM SHALL BE TESTED. A RECORD OF SUCH TEST SHALL BE KEPT ON THE PREMISES AND SHALL BE AVAILABLE FOR INSPECTION BY THE COMMISSIONER OF BUILDINGS AND THE FIRE COMMISSIONER. C-26-1310 AND SD 13-3. A PERMIT SHALL BE SECURED FROM THE DEPARTMENT OF BUILDINGS. ANNUAL FEE SHALL BE PAID TO THE DEPARTMENT UPON ISSUANCE OF A PERMIT C26-34.0. DRAPES, CURTAINS, DECORATION AND SCENERY HAVING FLAME SPREAD RATINGS EXCEEDING 25 SHALL BE FLAMEPROOFED IN COMPLIANCE WITH C19-161.1 OF THE FIRE CODE C26-602.2.

5. ALL POINTS ARE WITHIN 125'-0" OF THE MAIN EXIT AS PER C26-1438 OGC. OWNER WILL PROVIDE A CAPACITY SIGN OF 20"X24" FOR THE APPROVED NUMBER OF PERSONS WHERE INDICATED AS PER C26-1440 OBC.

## NOTES RELATED TO EMERGENCY LIGHTING

1. INSTALL APPROVED TYPE BATTERY EMERGENCY LIGHTS AS SHOWN ON PLANS. SAME TO BE APPROVED BY THE DEPARTMENT OF BUILDINGS AND BUREAU OF FIRE PREVENTION, & FIRE DEPARTMENT. INSTALLATION TO BE DONE BY A LICENSED ELECTRICIAN WHO SHALL OBTAIN ELECTRIC DEPARTMENT CERTIFICATE AND COMPLY WITH N.Y.C. ELECTRICAL CODE.

2. ALL BATTERY PACKS LIGHT ALARM 12 VOLTS WITH 25 WATT LAMPS.

3. ALL BATTERY PACKS TO BE MOUNTED 8'-0" ABOVE FINISHED FLOOR MIN.

4. ALL OTHER PACKS TO HAVE A MIN. OF TWO LAMPS EACH.

5. ALL DIMENSIONS SHOWN ARE PLUS OR MINUS

6. NEW EMERGENCY LIGHTING TO CONFORM TO DIRECTIVE 5/79, MEMO 2-19-81 AND COMPLY WITH C27-542 PARAGRAPHS (1)- (8) OF THE N.Y.C. BUILDING CODE.

7. A MIN. OF FIVE FOOT CANDLES OF ILLUMINATION AT THE FLOOR LEVEL MUST BE PROVIDED AT ALL EXIT AREAS.

8. THE EXIT AREA TO BE ILLUMINATED WITHIN THE ASSEMBLY SPACE SHALL CONSIST OF THE EXIT SIGN, THE EXIT DOORWAY AND A SQUARE AT THE THRESHOLD OF THE POINT OF EGRESS WITH A SIDE WHOSE DIMENSION IS DOUBLE THE WIDTH OF THE EGRESS OPENING OR EQUAL TO THE WIDTH OF THE CORRIDOR, WHICHEVER IS LESS.

9. THE INTENSITY OF ILLUMINATION SHALL NOT BE DIMINISHED TO LESS THAT TWO FOOT CANDLES AT A LEVEL 18" ABOVE THE FLOOR AT CROSS AISLES.

10. THE INTENSITY OF GENERAL ILLUMINATION SHALL NOT BE DIMINISHED TO LESS THAT ONE FOOT CANDLE AT A LEVEL 18" ABOVE THE FLOOR ELSEWHERE.

11. THE LIGHTING UNITS SHALL BE SO ARRANGED SO AS NOT TO:
    A) INTRODUCE DISORIENTING GLARE TO THE PATH OF ESCAPE.
    B) DRAMATICALLY ALTER THE CHARACTER AND QUALITY OF ILLUMINATION.
    C) PRESENT A HAZARD TO THE OCCUPANTS AND BE PROTECTED AS NECESSARY.

12. ILLUMINATION SHALL BE SO ARRANGED THAT THE FAILURE OF ANY SINGLE LIGHTING UNIT SUCH AS THE BURNING OUT OF AN ELECTRIC BULB WILL NOT LEAVE ANY AREA IN DARKNESS.

13. EXIT LIGHT SHALL BE ON CIRCUITS THAT ARE SEPARATE FROM GENERAL LIGHTING AND POWER CIRCUITS, EITHER TAKEN OFF AHEAD OF THE MAIN SWITCH OR CONNECTED TO ANY EMERGENCY LIGHTING POWER SOURCE WHEN SUCH IS PROVIDED. HOWEVER, AN EMERGENCY LIGHTING POWER SOURCE IF BATTERY OPERATED MAYBE RECHARGED FROM THE GENERAL LIGHTING AND POWER CIRCUITS.



**DETAIL A**
SCALE: NTS
DIRECT TOWARD AISLES

**DETAIL B**
SCALE: NTS
OVER EXIT DIRECT TOWARD FLOOR

**DETAIL C**
SCALE: NTS
CEILING MOUNTED DIRECT TOWARD FLOOR

**EXIT LIGTING SIGN DETAIL**
N.T.S

MAIN TRAFFIC

**HANDICAP SEATING DETAILS**
N.T.S

ZONING MAP 12-C

SITE

BLOCK 464
LOT 32
MAP 12c
ZONE R8B

**PLOT PLAN**
N.T.S

2nd AVENUE

EAST 9th STREET

LOT # 32 OPEN AREA
APPROVED PA # 122882390

LOT # 32
HOUSE # 238 EXISTING FOUR (4) STORY &CELLAR BRICK BUILDING

LOT # 32
OPEN AREA 238

APPROVED PA # 122882390

EXIT

120'-0"          62.0'

### RELATED NYCDOB JOB:
NO. 122382830
NO. 121692329
NO. 122427221

DRAWING TITLE:
NOTES, DETAILS, PLOT PLAN

PROJECT:
236 E 9TH STREET, NY NY

**PRAINITO DESIGN GROUP L.L.C.**
20-57 STEINWAY STREET, ASTORIA N.Y. 11105
(917) 647-2304

| NO: | REVISION: | DATE: |
|---|---|---|

DATE: 06-07-17
SCALE: AS NOTED
DRAWN BY: ELENA B.
PROJECT NO. 38-16

DRAWING NO.
**PA-0100**

SHEET 1 OF 2



Case 1:20-cv-00545-LAK Document 6-7 Filed 08/17/20 Page 3 of 7

## OCCUPANCY LOAD/EXIT ANALYSIS:

EXTERIOR EATING & DRINKING ESTABLISHMENT (LOT 31)
ASSEMBLY AREA = 1160 S.F.
AS PER TABLE 8-2 (12 S.F. PER OCCUPANT = NO FIXED SEATING)
SEATING AREA 1160 S.F./12 S.F. = 96 PERSONS (ALLOWED)
TOTAL = 60 PROVIDED (OK)

EXIT CAPACITY PER TABLE 8-1
EXIT OPENING REQUIRED = 50 PERSONS/UNITS OF WIDTH (22")
96 / 50 X 22 = 42" REQUIRED
EXIT OPENING PROVIDED = 38" + 54" = 92" (OK)
NOTE THAT EASEMENT HAS BEEN GRANTED FOR EGRESS LOT 32 INTO 31

LOT 32 = LOT 31 = 141 + 96 = 237 PERSONS (ALLOWED)
179 PERSONS (PROVIDED)

EXIT CAPACITY PER TABLE 8-1
EXIT OPENING REQUIRED = 400 PERSONS/UNITS OF WIDTH (22")
237 / 400 X 22 = 13" REQUIRED
EXIT OPENING PROVIDED = 60" (OK)

EXIT CAPACITY PER TABLE 8-1
F2 (OPEN SPACE, LOT 31)
EXIT OPENING REQUIRED = 400 PERSONS /UNITS OF WIDTH
(22") 237 / 400 X 22 = 13" REQUIRED
EXIT "B" OPENING PROVIDED= 10'-4" GATE = 124" (OK)
EXIT "A" OPENING PROVIDED= 3'-0" GATE = 36" (OK)

F4 (ENCLOSED SPACE, LOT 32)
EXIT OPENING REQUIRED = 50 PERSONS /UNITS OF WIDTH
(22") 237 / 50 X 22 = 80.96" REQUIRED
EXIT "B" OPENING PROVIDED= 10'-4" GATE = 124"
EXIT "A" OPENING PROVIDED= 3'-0" GATE = 36"
TOTAL: 160" (OK)

EXIT A (3'-0" OR 36") = 36x50/22 = 81 PEOPLE
EXIT B (10'-4" OR 124") = 124x50/22 = 281 PEOPLE
TOTAL 362 PEOPLE ( OK )

## TRAVEL DISTANCE ANALYSIS

### PER TABLE 8-1

F2 (OPEN SPACE, LOT 31)
PRIMARY TRAVEL DISTANCE 175 FT MAX
ACTUAL : 47'-1"
SECONDARY TRAVEL DISTANCE 250 FT MAX
ACTUAL : 59'-5"

F4 (ENCLOSED SPACE, LOT 32)
PRIMARY TRAVEL DISTANCE: 85 FT. MAX (127.5 FT. W/ SPRINKLERS)
ACTUAL: 65'-9"

SECONDARY TRAVEL DISTANCE: 125 FT. MAX (187.5 FT. W/ SPRINKLERS)
ACTUAL: 114'-4"

TRAVEL DISTANCE MAY BE INCREASED BY 50% IF SPRINKLERS ARE PROVIDED

---

### OCCUPANCY BY MORE THAN:
# 60
### PERSONS IS DANGEROUS AND UNLAWFUL

CERTIFICATE OF OPERATION No.
DEPT. OF BUILDINGS CITY OF NEW YORK

CAPACITY SIGN AS PER 27-527
SIGNS SHALL BE AT LEAST TWELVE INCHES WIDE AND SIXTEEN INCHES HIGH.
THE LETTERING SHALL BE RED ON A WHITE BACKGROUND THE LETTERS SHALL BE
AT LEAST ONE INCH HIGH AND THE NUMERALS AT LEAST ONE AND ONE - QUARTER
INCHES HIGH SIGN SHALL BE FRAMED UNDER A TRANSPARENT PROTECTIVE COVER,
AND PERMANENTLY MOUNTED IN A LOCATION THAT IS CONSPICUOUSLY VISIBLE TO
A PERSON ENTERING THE SPACE SIGNS SHALL BE LIGHTED BY ARTIFICIAL ILLUMINATION
AT ALL TIMES DURING OCCUPANCY TO MAINTAIN AT LEAST FIVE FOOT CANDLES ON THE
SURFACE OF THE SIGN.

NOTE:
PUBLIC HALL STAIRWAY IS FULLY SPRINKLERED.

NOTE:
EGRESS CRFN #2015000259884

N.Y.C. APPROVED TYPE 12 VOLT 25 WATT, THREE LAMP BATTERY PACK WITH ILLUMINATED EXIT SIGN

N.Y.C. APPROVED TYPE 12 VOLT 25 WATT, TWO LAMP BATTERY PACK DIRECTIONAL SIGN

— — — PRIMARY TRAVEL DISTANCE
– ·· – SECONDARY TRAVEL DISTANCE
==== DENOTES WALL TO BE 1 HOUR FIRERATED

POINT A TRAVEL DISTANCE 43'-0"(ENCLOSED SPACE) + 47'-1"(OPEN SPACE) (PRIMARY)
POINT B TRAVEL DISTANCE 65'-9" (ENCLOSED SPACE) (PRIMARY)
POINT C TRAVEL DISTANCE 46'-11" (ENCLOSED SPACE) + 59'-5"(OPEN SPACE) (SECONDARY)
POINT D TRAVEL DISTANCE 114'-4"(ENCLOSED SPACE) (FROM CELLAR PRIMARY)
POINT D TRAVEL DISTANCE 64'-10"(ENCLOSED SPACE) + 47'-0"(OPEN SPACE) (FROM CELLAR SECONDARY)

CAPACITY SIGN AS PER 27-527
"OCCUPANCY BY MORE THAN 60 PERSONS IS DANGEROUS AND UNLAWFUL CERTIFICATE OF OPERATION No. XXX Commissioner, Dept. of Buildings City of New York"

EXISTING KEY OPERATED ROLL UP GATE TO BE LOCKED IN OPEN POSITION DURING HOURS OF OPERATION.

### PARTIAL EGRESS CELLAR PLAN
SCALE 1/4" = 1'-0"

EXISTING KEY OPERATED ROLL UP GATE TO BE LOCKED IN OPEN POSITION DURING HOURS OF OPERATION.

CAPACITY SIGN AS PER 27-527
"OCCUPANCY BY MORE THAN 60 PERSONS IS DANGEROUS AND UNLAWFUL CERTIFICATE OF OPERATIONS No. XXX Commissioner, Dept. of Buildings City of New York"

### EGRESS 1ST FLOOR PLAN
SCALE 1/4" = 1'-0"

EXIT A
81 PERSONS

EXIT B
281 PERSONS

APPROVED PA #122882380
LOT #32

APPROVED PA #122882380
LOT #32

LOT #32
LOT #31

NON LOCKED
SWING DOORS

EGRESS FROM CELLAR

ADJACENT PROPERTY

RESIDENTIAL EXIT

AMENDED PLAN

DRAWING TITLE: PUBLIC ASSEMBLY PLAN, CELLAR & FIRST FLOOR
PROJECT: 23& E 9TH STREET, NY,NY

PRAINITO DESIGN GROUP L.L.C.
20-57 STEINWAY STREET, ASTORIA N.Y. 11105
(917) 647-2704

DATE: 06-07-17
SCALE: AS NOTED
DRAWN BY: ELENA D.
PROJECT NO: 36-16

DRAWING NO.
PA-02.01

SHEET 2 OF 2

NO: | REVISION: | DATE:

# THE CLOISTER CAFE

## 238 EAST 9TH STREET, NEW YORK, NEW YORK

Case 1:20-cv-06645-LAK   Document 6-7   Filed 08/17/20   Page 4 of 7

### GENERAL NOTES:

*(detailed general, plumbing, and demolition notes — small print)*

### ZONING ANALYSIS (EXISTING)

THE CLOISTER CAFE

LOCATED AT:
238 EAST 9TH STREET, NEW YORK, NY 10003

| | |
|---|---|
| LOT | 32 |
| MAP | 12c |
| ZONE | R8B |

EXISTING USE — 1STY GARAGE, UG 16

PROPOSED USE — (EATING AND DRINKING ESTABLISHMENT)

EXISTING LOT AREA — 56'X18' + 62'X19 = 2,186 S.F.

MINIMUM LOT AREA — 1,700 Sq.Ft. Per Zoning Lot. (ZR23—32)

MAXIMUM FLOOR AREA RATIO 2.00 (ZR33—121) (FOR COMMERCIAL PORTION)

MAXIMUM FLOOR AREA — 2,186 X 2 = 4,372 Sq.Ft.

MAXIMUM FLOOR AREA RATIO 3.14 X 2,186 = 6,864 Sq.ft. (FOR RESIDENTIAL ONLY)

TOTAL EXIST'G RESIDENTIAL FLOOR AREA — 1,014 X 3 = 3,042 Sq.ft. 3,042< 6,864 (Acceptable)

MINIMUM OPEN SPACE RATIO — 0.S.Req=6.8% OF F.A.(ZR23—142) 2,186x0.068= 148.6 S.F.

EXIST FLOOR AREA — (Com)=2,186 Sq.ft.<4,372 Sq.ft. (Acceptable)

### ENERGY ANALYSIS:

NYS ECCC CHAPTER 9
CLIMATE ZONE 4A

| ITEM DESCRIPTION | PROPOSED DESIGN VALUE | CODE PRESCRIPTIVE VALUE AND CITATION |
|---|---|---|
| FRENCH DOOR | U-.230, SHGC 0.21 | U-.239 (SHGC 0.40) 903.3 |

### SPECIAL AND PROGRESS INSPECTIONS

ENERGY CODE COMPLIANCE INSPECTIONS (TR-8) ........... BC109.3.5
FENESTRATION THERMAL VALUES + RATING ................ 1143

BLOCK 464
LOT 32
MAP 12c
ZONE R8B

### NOTE:
ALTERATION TYPE 1 FOR LOT # 31 IS FILED AND APPROVED UNDER APPLICATION # 122382830

| CODE | | REQ MAX | EXIST'G | PROPOSED | REMARKS |
|---|---|---|---|---|---|
| ZR 23—151 | MAX FAR TOTAL | 3.14 | 1.39 | 1.39 | |
| ZR 23—151 | MAX FAR RESID'TL | 3.14 | 1.39 | 1.39 | |
| ZR 33—121 | MAX FAR COMM'L | 2.00 | 2 | 0 | |
| ZR 23—35 | MIN OSR | 6.8% | N/A | N/A | |
| ZR 23—631 | FRONT YARD | NONE | NONE | NONE | |
| ZR 23—47 | REAR YARD | 30' | 30'+ | 30'+ | |
| ZR 23—461 | SIDE YARD | N/A — 8'—0" | N/A | N/A | |
| ZR 23—47 | REAR YARD | 30'-0" | 30'+ | 30'+ | |

### 1 PLOT PLAN

*(site plan showing EAST 9th STREET, 2nd AVENUE, adjoining buildings, Lot #31 and Lot #32 dimensions)*

- ADJOINING REAR YARD
- EXIST'G ADJOINING 1STY COM'L BLDG
- EXISTING 1STY GARAGE (U.G.16) PROPOSED RESTAURANT SEATING AREA (U.G.6)
- LOT # 31 OPEN AREA # 236 PROPOSED PARKING AREA (U.G.6) PROPOSED RESTAURANT SEATING AREA (U.G.6)
- LOT # 32 HOUSE # 238 EXISTING FOUR (4) STORY & CELLAR BRICK BUILDING
- EXIST'G ADJOINING 6 STY MIX COM'L
- EXIST'G ADJOINING 2STY COM'L BLDG
- EXIST. CONC. SIDEWALK

AUDITED FOLDER
Audit Status

- FIRE SUPPRESSION AND ALL SYSTEM FILED UNDER APPLICATION NUMBER 022867868
- ALL PLUMBING WORK TO BE FILED UNDER APPLICATION NUMBER 022427231
- ALL KITCHEN EQUIPMENT TO BE FILED UNDER APPLICATION NUMBER 022427231



| NO: | REVISION: | DATE: |
|---|---|---|
| 2 | AMENDMENT | 05—11—17 |
| 1 | AMENDMENT | 01—13—17 |

PRAINITO DESIGN GROUP L.L.C.
20-37 STEINWAY STREET, ASTORIA, N.Y. 11105
(917) 647-2704

PROJECT: 238 EAST 9TH STREET, NEW YORK, NY 10003

DRAWING TITLE: COVER SHEET

DRAWING NO: A-001.02

SHEET 1 OF 4





Case 1:20-cv-06545-LAK   Document 6-7   Filed 08/17/20   Page 7 of 7

AREA OF TEMPORARY REMOVABLE CANVAS AND PLASTIC WALLS, DOOR PANELS & VESTIBULE PANELS THAT ARE ATTACHED TO THE EXISTING CANOPY.

CANVAS ENCLOSURE BY GLEN RAVEN FLAME RETARDANT (F-36805)

ALUMINUM FRAME STRUCTURE

CANVAS ENCLOSURE BY GLEN RAVEN FLAME RETARDANT (F-36805)

EXIST'G 8" MASONRY WALL, ADJACENT BLDG

ALUMINUM SPACE FRAME STRUCTURE

EXISTING BRICK WALL

PROPERTY LINE

10'-3 3/8"

14'-5 3/8"

GRADE

17'-1 3/4"

236 E. 9TH STREET
BLOCK: 464
LOT: 31

238 E. 9TH STREET
BLOCK: 464
LOT: 32

(2) EXISTING SECTION AT CANVAS ENCLOSURE

EXISTING ROOF FLOOR LEVEL

EXISTING FOURTH FLOOR LEVEL

PROPERTY LINE

EXISTING THIRD FLOOR LEVEL

PROPERTY LINE

EXISTING SECOND FLOOR LEVEL

EXIST. 8" Bk. MASONRY WALL 2 hr rated, ADJACENT BLDG

EXISTING FIRST FLOOR LEVEL

(1) EXISTING ELEVATION

ADJ BUILDING

RETRACTABLE AWNING

ADJ BUILDING

RETRACTABLE AWNING

METAL COLUMN

METAL COLUMN

METAL COLUMN

METAL COLUMN

8'-0"

8'-0"

(3) EXISTING ELEVATION AT RETRACTABLE AWNING

(4) EXISTING SECTION AT RETRACTABLE AWNING

NOTE:
- FIRE SUPPRESSION ANSUL SYSTEM FILED UNDER APPLICATION NUMBER 0226069&&
- ALL PLUMBING WORK TO BE FILED APPLICATION NUMBER 02421221
- ALL KITCHEN EQUIPMENT TO BE FILED UNDER APPLICATION NUMBER 02421221

AUDITED FOLDER
AUDIT STATUS
□ - Plans Accepted
□ - Objectionable/Accepted
□ - Passed
P.E.                          MAY 1 0 2017

| DRAWING TITLE: | BUILDING ELEVATION, DETAILS | | |
|---|---|---|---|
| PROJECT: | 238 E.9T 9TH STREET, NEW YORK, NY 10009 | | DRAWING NO. |
| | PRAINITO DESIGN GROUP L.L.C. | | A-201.02 |
| | 35-37 STEINWAY STREET, ASTORIA, N.Y. 11103 | | |
| | (917) 647-2704 | | |
| DATE: | SCALE: | DRAWN BY: | PROJECT NO. |
| 09-09-19 | AS NOTED | ELENA B. | 37-14 |
| | | | SHEET 4 of 4 |

| 2 | AMENDMENT | 01-13-17 |
| 1 | AMENDMENT | 01-06-16 |
| NO: | REVISION: | DATE: |