UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE CLOISTER EAST, INC.,

                Plaintiff,

    -against-                                                20-cv-6545 (LAK)

NEW YORK STATE LIQUOR AUTHORITY,

                Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        In light of the points during the August 19, 2020 hearing about the identity of the licensee, the propriety of the plaintiff, and the claimed immunity of the state liquor authority, the plaintiff is directed to file any amendment to the complaint with respect to these at or before 2 p.m. on August 21, 2020 is it wishes to have an amended complaint considered on the motion pending before the Court.

        SO ORDERED.

Dated:        August 20, 2020

                                                                           _____
                                                                              Lewis A. Kaplan
                                                                             United States District Judge