EXHIBIT 6

NYPDFINEST\HSIEH921431
08/19/2020 11:31:08

Analytic Set: -Select-



**238 East 9 Street 311 jobs**
Search results yielded 35 records



238 East 9 Street 311 jobs

11+

3-10

1-2

Source
- 311
SPATIAL
- DRAW RADIUS ON MAP
Date
- 01/01/2020-08/16/2020keyword(s)
And(238 East 9 Street)

Search results yielded 35 records

# 238 East 9 Street 311 jobs

Search results yielded 35 records

| Event Type | Date | Precinct | Description |
|---|---|---|---|
| 311 | Occurred: WED 08/05/2020 22:59:56<br>Reported: WED 08/05/2020 | 009 | SR#: 311-03489221; JOB DATE: 8/5/2020 10:56:54 PM; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;LOUD MUSIC IN TENT OUTSIDE, EVERYDAY INCLUDING WORK DAYS... CAN BE HEARD AND FELT (VIBRATIONS) UNTIL LATE EVEN WITH WINDOWS CLOSED |
| 311 | Occurred: TUES 08/04/2020 23:11:15<br>Reported: TUES 08/04/2020 | 009 | SR#: 311-03468605; JOB DATE: 8/4/2020 11:08:59 PM; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;LOUD MUSIC UNDER TENT - BAR ACTING AS NIGHTCLUB |
| 311 | Occurred: SAT 08/01/2020 23:43:14<br>Reported: SAT 08/01/2020 | 009 | SR#: 311-03417967; JOB DATE: 8/1/2020 11:38:34 PM; CRIME TYPE: NOISE - RESIDENTIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;THE NEW CAFE NEAR ME CALLED CAFE TUCANO (238 E 9TH STREET) HAS BEEN HAVING ON UNDERGROUND CLUB WITH BOTTLE SERVICE ALL NIGHT LONG EVERY SING WEEKEND AND THE NOISE IS GETTING OUT OF HAND. I WENT TO CHECK IT OUT L WEEKEND TO SEE WHAT WAS GOING ON... |
| 311 | Occurred: SAT 08/01/2020 02:46:32<br>Reported: SAT 08/01/2020 | 009 | SR#: 311-03406329; JOB DATE: 8/1/2020 2:46:32 AM; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;LOUD THUMPING MUSIC FROM CAFE TUCANO (FORMERLY CAFE CLOISTER) EVERY NI EXCEPT SUN/MON UNTIL PAST 3AM. SOUND NOT LOUD AT STREET ENTRANCE MUSIC IS IN THE BACK WHICH IS UNDER MY BEDROOM WINDOW. MY APT IS AT T SECOND AVE AT THE BACK OF BUILDING. |
| 311 | Occurred: THUR 07/30/2020 23:59:41<br>Reported: THUR 07/30/2020 | 009 | SR#: 311-03392124; JOB DATE: 7/30/2020 11:59:37 PM; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;THE BY HAS ABOUT 25 PEOPLE WAITING TO GET IN ON TOP OFF THE PEOPLE ALREA WAITING ON THE INSIDE. THE NOISE IS FROM CHATTER AND LOUD MUSIC |
| 311 | Occurred: THUR 07/30/2020 22:42:26<br>Reported: THUR 07/30/2020 | 009 | SR#: 311-03391397; JOB DATE: 7/30/2020 10:40:21 PM; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;LOUD MUSIC NOISE FROM TENT |
| 311 | Occurred: WED 07/29/2020 22:59:41<br>Reported: WED 07/29/2020 | 009 | SR#: 311-03381222; JOB DATE: 7/29/2020 10:56:32 PM; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;LOU MUSIC FROM GARDEN AREA, UNDER TENT. RECURRING ISSUE, AND REPEATED INACTION FROM RELEVANT SERVICES... |
| 311 | Occurred: WED 07/29/2020 02:24:40<br>Reported: WED 07/29/2020 | 009 | SR#: 311-03377658; JOB DATE: 7/29/2020 2:24:39 AM; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST NINTH STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;ESTABLISHMENT IS CAFE TUCANO, FORMALLY THE CLOISTER CAFE. POUNDI MUSIC EVERY NIGHT EXCEPT SUNDAY AND MONDAY UNTIL 3:00AM. CANNOT HEARD FROM THE STREET BUT IS VERY LOUD IN MY BEDROOM LOCATED AROUND THE BLOCK AT 139 2ND AVE, WHICH OVERLOOKS CAFE G... |
| 311 | Occurred: WED 07/29/2020 02:14:28<br>Reported: WED 07/29/2020 | 009 | SR#: 311-03376638; JOB DATE: 7/29/2020 2:09:46 AM; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;LOUD PARTY EVERY NIGHT FROM TUE TO SAT, 11PM TO 4PM. CAN BE HEARD THROUGHOUT THE BLOC.DONT SAY TGERES NO EVIDENCE! CALL ME IF ANY QUESTIONS (I?M NOT SLEEPING ANYWAY...) |

| 311 | 009 | Occurred: SAT 07/25/2020 02:47:36<br>Reported: SAT 07/25/2020 | SR# 311-03324994, JOB DATE: 7/25/2020 2:40:22 AM; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;THE CALLER WANTS TO COMPLAINT ABOUT A NOISE FROM A CLUB. HE WANTS SOMEONE TO GO TO HIS HOUSE AND MEASURE THE DECIBELS SINCE THE NOISE FROM THE STREET IS NOT AS LOUD AS IT IS IN HIS HOUSE. |
| 311 | 009 | Occurred: SAT 07/25/2020 02:39:38<br>Reported: SAT 07/25/2020 | SR# 311-03324961, JOB DATE: 7/25/2020 2:36:43 AM; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;THE CALLER WANTS TO COMPLAINT ABOUT A NOISE FROM A CLUB. HE WANTS SOMEONE TO GO TO HIS HOUSE AND MEASURE THE DECIBELS SINCE THE NOISE FROM THE STREET IS NOT AS LOUD AS IT IS IN HIS HOUSE. |
| 311 | 009 | Occurred: SAT 07/25/2020 02:35:14<br>Reported: SAT 07/25/2020 | SR# 311-03324894, JOB DATE: 7/25/2020 2:26:27 AM; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;THE CALLER WANTS TO COMPLAINT ABOUT A NOISE FROM A CLUB. HE WANTS SOMEONE TO GO TO HIS HOUSE AND MEASURE THE DECIBELS SINCE THE NOISE FROM THE STREET IS NOT AS LOUD AS IT IS IN HIS HOUSE. |
| 311 | 009 | Occurred: FRI 07/24/2020 23:34:05<br>Reported: FRI 07/24/2020 | SR# 311-03322854, JOB DATE: 7/24/2020 11:22:57 PM; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;THE BEAR CLOISTER CAFE IS PLAYING REALLY LOUD MUSIC. IT IS ESPECIALLY LOUD ON REAR SIDE OF THE BUILDING (BUT NOT AS NOTICEABLE ON THE STREET SIDE). THEY HAVE AN OPEN PATIO AREA WHERE THEY PLAY THE MUSIC. THE ADDRESS TO CAFE IS 238 E 9TH STREET. |
| 311 | 009 | Occurred: FRI 07/24/2020 03:16:33<br>Reported: FRI 07/24/2020 | SR# 311-03312589, JOB DATE: 7/24/2020 3:16:32 AM; CRIME TYPE: DRINKING; SUB TYPE: AFTER HOURS - LICENSED EST; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;A NIGHT CLUB IS FULLY ACTIVATED INDOORS WITH PEOPLE PARTYING AND NO SOCIAL DISTANCING. EVERYBODY ON TOP OF EACHOTHER |
| 311 | 009 | Occurred: THUR 07/23/2020 23:38:31<br>Reported: THUR 07/23/2020 | SR# 311-03311474, JOB DATE: 7/23/2020 11:34:40 PM; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;LOUD CLUB MUSIC EVERY NIGHT - HEARD ACROSS THE BLOCNO ACTION FROM POLICE FOR AN UNKNOWN REASON |
| 311 | 009 | Occurred: THUR 07/23/2020 22:53:26<br>Reported: THUR 07/23/2020 | SR# 311-03311041, JOB DATE: 7/23/2020 10:50:22 PM; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;LOUD MUSIC |
| 311 | 009 | Occurred: THUR 07/23/2020 00:21:56<br>Reported: THUR 07/23/2020 | SR# 311-03299950, JOB DATE: 7/23/2020 12:18:59 AM; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;LOUD MUSIC IN OUTDOOR GARDEN COVERED BY TENT WITH SPEAKERS PLAYING RAGGAETOWN HEARD IN ENTIRE BLOC. |
| 311 | 009 | Occurred: THUR 07/23/2020 00:14:37<br>Reported: THUR 07/23/2020 | SR# 311-03299899, JOB DATE: 7/23/2020 12:07:50 AM; CRIME TYPE: NOISE - RESIDENTIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;A PARTY WITH STRONG SPEAKERS EVERY NIGHT FROM CLOISTER CAF? ON 238E 9TH ST. RAGGED TOWN PLAYED UNDER OUTSIDE TENT WITH MUSIC HEARD IN WHOLE BLOC. |

| 311 | Occurred / Reported | SR# Details | 009 |
|---|---|---|---|
| 311 | Occurred: WED 07/22/2020 02:07:54<br>Reported: WED 07/22/2020 | SR#: 311-03289434; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;LOUD MUSIC AND PARTYING WITH EXTREMELY LOUD BASS. WINDOWS AND BED VIBRATING. CLOISTER CAFE. JOB DATE: 7/22/2020 2:01:34 AM; | 009 |
| 311 | Occurred: WED 07/22/2020 00:32:50<br>Reported: WED 07/22/2020 | SR#: 311-03289029; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;EXTREMELY LOUD DANCE MUSIC JOB DATE: 7/22/2020 12:29:50 AM; | 009 |
| 311 | Occurred: WED 07/22/2020 00:10:44<br>Reported: WED 07/22/2020 | SR#: 311-03288868; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;THIS NEW OUTDOOR PATIO IS EXTREMELY LOUD EVERY NIGHT IT?S CONSISTENTLY BEEN OVERLY LOUD IN THIS RESIDENTIAL AREA LATE AT NIGHT. JOB DATE: 7/22/2020 12:07:25 AM; | 009 |
| 311 | Occurred: WED 07/22/2020 00:01:25<br>Reported: WED 07/22/2020 | SR#: 311-03288804; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;LOUD MUSIC COMING FROM THE PATIO FROM A RESTAURANT NEARBY. THE NOISE IS AT 47 DECIBELS FROM MY LIVING ROOM. JOB DATE: 7/22/2020 12:01:23 AM; | 009 |
| 311 | Occurred: TUES 07/21/2020 23:41:09<br>Reported: TUES 07/21/2020 | SR#: 311-03288541; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;I HEAR THE MUSIC FROM THE BAR CLOISTER CAFE FROM MY BEDROOM OVER MY AIR CONDITIONER. THE NOISE MIGHT NOT BE AS NOTICEABLE FROM THE STREET SIDE OF THE APARTMENT BUT IT?S VERY CLEAR FROM THE REAR OF THE APARTMENT. THERE ARE PEOPLE WHO LOOK LIKE BOU... JOB DATE: 7/21/2020 11:22:38 PM; | 009 |
| 311 | Occurred: TUES 07/21/2020 22:29:55<br>Reported: TUES 07/21/2020 | SR#: 311-03287910; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;NOISY BAR JOB DATE: 7/21/2020 10:17:46 PM; | 009 |
| 311 | Occurred: SUN 07/19/2020 01:08:38<br>Reported: SUN 07/19/2020 | SR#: 311-03254357; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;THIS BAR REOPENED AND HAS BEEN AGGRESSIVELY LOUD THIS WHOLE WEEKEND WITH CROWDS OUT FRONT. THIS HAS NEVER BEEN OUTSIDE BEFORE COVID AND THERE IS NOT WAY THEY ARE FOLLOWING POLICIES WITH COVID AND THEY EXTREMELY LOUD UNTIL 3AM THURSDAY -SAT JOB DATE: 7/19/2020 1:04:12 AM; | 009 |
| 311 | Occurred: SUN 07/19/2020 01:06:43<br>Reported: SUN 07/19/2020 | SR#: 311-03254365; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;LOUD BAR MUSIC JOB DATE: 7/19/2020 1:04:31 AM; | 009 |
| 311 | Occurred: SUN 07/19/2020 00:57:16<br>Reported: SUN 07/19/2020 | SR#: 311-03254130; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;LOUD MUSIC AND WOULD PREFER TO GET THE NOISE READING IN HIS APARTMENT BECAUSE IT IS NOT REALLY LOUD FROM THE STREET HAPPENED EVERY NIGHT SINCE THURSDAY NIGHT JOB DATE: 7/19/2020 12:52:58 AM; | 009 |
| 311 | Occurred: SAT 07/18/2020 23:31:31<br>Reported: SAT 07/18/2020 | SR#: 311-03252487; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;MUSIC FROM BAR JOB DATE: 7/18/2020 11:31:22 PM; | 009 |
| 311 | Occurred: SAT 07/18/2020 22:53:29<br>Reported: SAT 07/18/2020 | SR#: 311-03251466; CRIME TYPE: NOISE - COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;I CAN JOB DATE: 7/18/2020 10:45:41 PM; | 009 |

| 311 | Occurred: SAT 07/18/2020 01:32:56<br>Reported: SAT 07/18/2020 | 009 | HEAR LOUD MUSIC FROM A NEARBY BAR VERY CLEARLY IN MY BEDROOM EVEN OVER THE AIR CONDITIONER. IT SEEMS TO BE COMING FROM THE BAR THAT TOOK OVER CLOISTER CAFE.<br>SR#: 311-03242249; JOB DATE: 7/18/2020 1:26:39 AM; CRIME TYPE: NOISE COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;I CAN HEAR LOUD MUSIC FROM MY APARTMENT. IT APPEARS TO BE COMING FROM THE BACK OF A BAR NEARBY ON THE SIDE AWAY FROM THE STREET. MY BEDROOM IS ALSO ON THE BACK SIDE OF THE BUILDING AND I CAN HEAR IT CLEARLY FROM THIS SIDE BUT NOT THE FRONT OF THE APA... |
| 311 | Occurred: SAT 07/18/2020 00:14:22<br>Reported: SAT 07/18/2020 | 009 | SR#: 311-03241121; JOB DATE: 7/18/2020 12:03:45 AM; CRIME TYPE: NOISE COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;LOUD MUSIC FROM RESTARAUNT |
| 311 | Occurred: THUR 07/16/2020 23:16:10<br>Reported: THUR 07/16/2020 | 009 | SR#: 311-03228679; JOB DATE: 7/16/2020 11:10:15 PM; CRIME TYPE: NOISE COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;CLOISTER CAFE BLASTING MUSIC EVERY NIGHT OUTSIDE SINCE 10 PM TILL EVER SINCE THEY REMODEL THE CAFE THIS IS EVERYNIGHT. MY WALLS ARE SHAKING.I |
| 311 | Occurred: THUR 07/16/2020 22:52:48<br>Reported: THUR 07/16/2020 | 009 | SR#: 311-03228431; JOB DATE: 7/16/2020 10:49:02 PM; CRIME TYPE: NOISE COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;CLOISTER CAFE MUSIC IS TOO LOUD AND IT?S TOO LATE AT NIGHT. |
| 311 | Occurred: MON 07/13/2020 16:47:49<br>Reported: MON 07/13/2020 | 009 | SR# 311-03191758; JOB DATE: 7/13/2020 4:47:45 PM; CRIME TYPE: ILLEGAL PARKING; SUB TYPE: POSTED PARKING SIGN VIOLATION; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;VEHICLE PARKED OVER 7 DAYS- BEIGE TOYOTA CAMRY V6XLE - HPZ1374 NY. |
| 311 | Occurred: SUN 07/12/2020 02:06:28<br>Reported: SUN 07/12/2020 | 009 | SR# 311-03173140; JOB DATE: 7/12/2020 2:06:27 AM; CRIME TYPE: NOISE COMMERCIAL; SUB TYPE: LOUD MUSIC/PARTY; LOCATION: 238 EAST 9 STREET; CROSS STREET: STUYVESANT STREET; INTERSECTION: 2 AVENUE; PCT: 009;THIS IS THE CLOISTER CAFE IS PLAYING LOUD MUSIC THEY PUT UP A TENT SINVCE 9PM UNTIL NOW MUSIC SO LOUD THAT THE WALLS ARE SHAKING |




# New York City Police Department
# 311

## Incident

| | | |
|---|---|---|
| SR Number: 311-03242193 | Occurred: 07/18/2020 01:19:25 | Unit Assigned: |
| Type: Noise - Commercial | Received: 07/18/2020 01:21:48 | Assigned Command: Precinct 9 |
| Short Desc.: Loud Music/Party | Last Updated At: 07/18/2020 01:56:00 | Resolution Action: 10-90X - Unfounded |
| Priority: Normal | Last Updated By: NICOLE.MONACO_nypd. org#EXT#@nycdoitt.onmi crosoft.com | Status: Closed |
| Location: Club/Bar/Restaurant | | Source Channel: 311 Portal |

Description: Extremely loud dance music till very late. New open air bar. Friday Saturday and Sunday. Cloister Cafe

Disposition Comments:

Disposition Description:

Notes:

## Address

| | | |
|---|---|---|
| Street Number: 236 | Street Name: EAST 9 STREET | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: | First Name: | |
| Address: | | Apt : |
| City: | State: | Zip: |
| Home Phone #: | Work Phone #: | |
| Email: | Language: | ID: |
| Notes: | | |






# New York City Police Department
# 311

## Incident

| | | |
|---|---|---|
| SR Number: 311-03242249 | Occurred: 07/18/2020 01:25:39 | Unit Assigned: |
| Type: Noise - Commercial | Received: 07/18/2020 01:32:56 | Assigned Command: Precinct 9 |
| Short Desc.: Loud Music/Party | Last Updated At: 07/18/2020 01:57:00 | Resolution Action: 10-90U - Unable to Enter |
| Priority: Normal | Last Updated By: NICOLE.MONACO_nypd.org#EXT#@nycdoitt.onmicrosoft.com | Status: Closed |
| Location: Club/Bar/Restaurant | | Source Channel: 311 Portal |

Description: I can hear loud music from my apartment. It appears to be coming from the back of a bar nearby on the side away from the street. My bedroom is also on the back side of the building and I can hear it clearly from this side but not the front of the apartment. It sounds like it?s coming from cloister cafe. Thursday night as well

Disposition Comments:
Disposition Description:
Notes:

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: Uy | First Name: Chad | |
| Address: | | Apt : |
| City: | State: NY | Zip: 10003 |
| Home Phone #: | Work Phone #: | |
| Email: | Language: | ID: |
| Notes: | | |



Page 1 of 1





# New York City Police Department
# 311

## Incident

| | | |
|---|---|---|
| SR Number: 311-03254130 | Occurred: 07/19/2020 00:52:58 | Unit Assigned: |
| Type: Noise - Commercial | Received: 07/19/2020 00:57:16 | Assigned Command: Precinct 9 |
| Short Desc.: Loud Music/Party | Last Updated At: 07/19/2020 01:01:00 | Resolution Action: 10-90X - Unfounded |
| Priority: Normal | Last Updated By: MICHAEL.LAU_nypd.org# EXT#@nycdoitt.onmicros oft.com | Status: Closed |
| Location: Club/Bar/Restaurant | | Source Channel: 311 Portal |

Description: loud music and would prefer to get the noise reading in his apartment because it is not really loud from the street happened every night since Thursday night Cafe Tucano

Disposition Comments:

Disposition Description:

Notes:

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: Zitelli | First Name: chris | |
| Address: 1 | | Apt : |
| City: N | State: NY | Zip: |
| Home Phone #: 6 | Work Phone #: | |
| Email: | Language: | ID: |
| Notes: | | |



\HSIEH921431




# New York City Police Department
# 311

## Incident

| | |
|---|---|
| SR Number: 311-03254357 | Occurred: 07/19/2020 01:04:12 | Unit Assigned: |
| Type: Noise - Commercial | Received: 07/19/2020 01:08:38 | Assigned Command: Precinct 9 |
| Short Desc.: Loud Music/Party | Last Updated At: 07/19/2020 01:59:00 | Resolution Action: 10-90X - Unfounded |
| Priority: Normal | Last Updated By: MICHAEL.LAU_nypd.org# EXT#@nycdoitt.onmicrosoft.com | Status: Closed |
| Location: Club/Bar/Restaurant | | Source Channel: 311 Portal |

Description: This bar reopened and has been aggressively loud this whole weekend with crowds out front. This has never been outside before covid and there is not way they are following policies with covid and they are extremely loud until 3am Thursday -Sat This has gone on every night Thursday - Saturday Cloister Cafe

Disposition Comments:

Disposition Description:

Notes:

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: Van Loo | First Name: Lisa | |
| Address: | | Apt : |
| City: | State: NY | Zip: 10003 |
| Home Phone #: | Work Phone #: 9 | |
| Email: | Language: | ID: |
| Notes: | | |







# New York City Police Department
# 311

## Incident

| | |
|---|---|
| SR Number: 311-03288541 | Occurred: 07/21/2020 23:22:38 | Unit Assigned: |
| Type: Noise - Commercial | Received: 07/21/2020 23:41:09 | Assigned Command: Precinct 9 |
| Short Desc.: Loud Music/Party | Last Updated At: 07/22/2020 00:27:00 | Resolution Action: 10-90X - Unfounded |
| Priority: Normal | Last Updated By: THOMAS.GERAGHTY_n ypd.org#EXT#@nycdoitt.o nmicrosoft.com | Status: Closed |
| Location: Club/Bar/Restaurant | | Source Channel: 311 Portal |

Description: I can hear the music from the bar Cloister Cafe from my bedroom over my air conditioner. The noise might not be as noticeable from the street side of the apartment but it?s very clear from the rear of the apartment. There are people who look like bouncers outside the bar with people waiting to get in (some with without masks). The entrance to the bar is at 238 E 9th Street (Manhattan). The bar also has an outdoor patio space that is behind a metal gate between 238A E 9th Street and 234 E 9th Street. The music is likely being played from that outdoor patio space. To the right of that gate is a brick wall that says Cafe Tuscano. This happened Thursday, Friday, and Saturday nights as well. Here is the SR for one of the noise complaints: 311-03252533. The noise is coming from the outdoor patio space that?s attached through the back of the cafe located between 238A E 9th Street and 234 E 9th Street (Manhattan).

Disposition Comments:

Disposition Description:

Notes:

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: Uy | First Name: Chad | |
| Address: | | Apt: |
| City: | State: NY | Zip: 10003 |
| Home Phone #: | Work Phone #: | |
| Email: | Language: | ID: |
| Notes: | | |



# New York City Police Department
## 311



## Incident

| | | |
|---|---|---|
| SR Number: 311-03288804 | Occurred: 07/22/2020 00:01:23 | Unit Assigned: |
| Type: Noise - Commercial | Received: 07/22/2020 00:01:25 | Assigned Command: Precinct 9 |
| Short Desc.: Loud Music/Party | Last Updated At: 07/22/2020 00:26:00 | Resolution Action: 10-90X - Unfounded |
| Priority: Normal | Last Updated By: THOMAS.GERAGHTY_n ypd.org#EXT#@nycdoitt.o nmicrosoft.com | Status: Closed |
| Location: | | Source Channel: 311 Call Center |

Description: LOUD MUSIC COMING FROM THE PATIO FROM A RESTAURANT NEARBY. THE NOISE IS AT 67 DECIBELS FROM MY LIVING ROOM. EVERY NIGHT 10PM - 4AM NAME OF RESTAURANT: CLOISTER CAFE

Disposition Comments:
Disposition Description:
Notes:

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: SCHREIBER | First Name: NANCY | |
| Address: | | Apt : |
| City: | State: NY | Zip: 10003 |
| Home Phone #: | Work Phone #: | |
| Email: | Language: | ID: |
| Notes: | | |



 

# New York City Police Department
# 311

## Incident

| | | | |
|---|---|---|---|
| SR Number: 311-03288868 | Occurred: 07/22/2020 00:07:25 | Unit Assigned: | |
| Type: Noise - Commercial | Received: 07/22/2020 00:10:44 | Assigned Command: Precinct 9 | |
| Short Desc.: Loud Music/Party | Last Updated At: 07/22/2020 00:25:00 | Resolution Action: 10-90X - Unfounded | |
| Priority: Normal | Last Updated By: THOMAS.GERAGHTY_n ypd.org#EXT#@nycdoitt.o nmicrosoft.com | Status: Closed | |
| Location: Club/Bar/Restaurant | | Source Channel: 311 Portal | |

Description: This new outdoor patio is extremely loud every night it?s consistently been overly loud in this residential area late at night. Every night since last Thursday. Cloister Cafe

Disposition Comments:

Disposition Description:

Notes:

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: Van Loo | First Name: Lisa | |
| Address: | | Apt : |
| City: | State: NY | Zip: 10003 |
| Home Phone #: | Work Phone #: | |
| Email: | Language: | ID: |
| Notes: | | |



Executed:8/20/2020 17:06    Case 1:20-cv-06545-LAK   Document 30-6   Filed 08/25/20   Page 15 of 32   Executed by:NYPDFINEST
\HSIEH921431




# New York City Police Department
# 311

## Incident

| | |
|---|---|
| SR Number: 311-03289029 | Occurred: 07/22/2020 00:29:50 | Unit Assigned: |
| Type: Noise - Commercial | Received: 07/22/2020 00:32:50 | Assigned Command: Precinct 9 |
| Short Desc.: Loud Music/Party | Last Updated At: 07/22/2020 00:37:00 | Resolution Action: 10-90X - Unfounded |
| Priority: Normal | Last Updated By: THOMAS.GERAGHTY_n ypd.org#EXT#@nycdoitt.o nmicrosoft.com | Status: Closed |
| Location: Club/Bar/Restaurant | | Source Channel: 311 Portal |

Description: Extremely loud dance music After 10PM Cloister Cafe

Disposition Comments:

Disposition Description:

Notes:

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: White | First Name: Jesse | |
| Address: | | Apt : |
| City: | State: | Zip: |
| Home Phone #: ▮▮▮▮ | Work Phone #: | |
| Email: ▮▮▮▮▮ | Language: | ID: |
| Notes: | | |





# New York City Police Department
# 311



## Incident

| | | |
|---|---|---|
| SR Number: 311-03289029 | Occurred: 07/22/2020 00:29:50 | Unit Assigned: |
| Type: Noise - Commercial | Received: 07/22/2020 00:32:50 | Assigned Command: Precinct 9 |
| Short Desc.: Loud Music/Party | Last Updated At: 07/22/2020 00:37:00 | Resolution Action: 10-90X - Unfounded |
| Priority: Normal | Last Updated By: THOMAS.GERAGHTY_n ypd.org#EXT#@nycdoitt.o nmicrosoft.com | Status: Closed |
| Location: Club/Bar/Restaurant | | Source Channel: 311 Portal |
| Description: Extremely loud dance music After 10PM Cloister Cafe | | |
| Disposition Comments: | | |
| Disposition Description: | | |
| Notes: | | |

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: White | First Name: Jesse | |
| Address: | | Apt : |
| City: | State: | Zip: |
| Home Phone #: | Work Phone #: | |
| Email: | Language: | ID: |
| Notes: | | |






# New York City Police Department
# 311

## Incident

| | | |
|---|---|---|
| SR Number: 311-03289434 | Occurred: 07/22/2020 02:01:34 | Unit Assigned: |
| Type: Noise - Commercial | Received: 07/22/2020 02:07:54 | Assigned Command: Precinct 9 |
| Short Desc.: Loud Music/Party | Last Updated At: 07/22/2020 02:43:00 | Resolution Action: 10-90X - Unfounded |
| Priority: Normal | Last Updated By: THOMAS.GERAGHTY_n ypd.org#EXT#@nycdoitt.o nmicrosoft.com | Status: Closed |
| Location: Club/Bar/Restaurant | | Source Channel: 311 Portal |

Description: Loud music and partying with extremely loud bass. Windows and bed vibrating. Cloister Cafe. See previous 311 submissions.

Weeknights 10:30pm to 4am Cloister Cafe

Disposition Comments:
Disposition Description:
Notes:

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: Little | First Name: April | |
| Address: | | Apt : |
| City: | State: NY | Zip: 10003 |
| Home Phone #: | Work Phone #: | |
| Email: | Language: | ID: |
| Notes: | | |






# New York City Police Department
# 311

## Incident

| | | |
|---|---|---|
| SR Number: 311-03311041 | Occurred: 07/23/2020 22:50:22 | Unit Assigned: 9d |
| Type: Noise - Commercial | Received: 07/23/2020 22:53:26 | Assigned Command: Precinct 9 |
| Short Desc.: Loud Music/Party | Last Updated At: 07/23/2020 23:26:00 | Resolution Action: 10-90Y - Unnecessary |
| Priority: Normal | Last Updated By: TIMUR.POPAL_nypd.org #EXT#@nycdoitt.onmicrosoft.com | Status: Closed |
| Location: Club/Bar/Restaurant | | Source Channel: 311 Portal |
| Description: Loud music Evening Cloister Cafe | | |

Disposition Comments:

Disposition Description:

Notes:

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: White | First Name: Jesse | |
| Address: | | Apt : |
| City: | State: NY | Zip: 10003 |
| Home Phone #: | Work Phone #: | |
| Email: | Language: | ID: |

Notes:






# New York City Police Department
# 311



## Incident

| | | |
|---|---|---|
| SR Number: 311-03311474 | Occurred: 07/23/2020 23:34:40 | Unit Assigned: |
| Type: Noise - Commercial | Received: 07/23/2020 23:38:31 | Assigned Command: Precinct 9 |
| Short Desc.: Loud Music/Party | Last Updated At: 07/24/2020 00:13:00 | Resolution Action: 10-90X - Unfounded |
| Priority: Normal | Last Updated By: THOMAS.GERAGHTY_n ypd.org#EXT#@nycdoitt.o nmicrosoft.com | Status: Closed |
| Location: Club/Bar/Restaurant | | Source Channel: 311 Portal |

Description: Loud club music every night – heard across the bloc
No action from police for an unknown reason Every day from Tuesday to Saturday, from 10pm to 3am Cloister cafe. Inside courtyard under a tent - loud speaker. Please go there for once and do something. It?s driving the neighborhood crazy.

Disposition Comments:
Disposition Description:
Notes:

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: Bourassin | First Name: Tristan | |
| Address: | | Apt : |
| City: | State: | Zip: 10003 |
| Home Phone #: | Work Phone #: | |
| Email: | Language: | ID: |
| Notes: | | |





# New York City Police Department
# 311



## Incident

| | | |
|---|---|---|
| SR Number: 311-03312589 | Occurred: 07/24/2020 03:16:32 | Unit Assigned: |
| Type: Drinking | Received: 07/24/2020 03:16:33 | Assigned Command: Precinct 9 |
| Short Desc.: After Hours - Licensed Est | Last Updated At: 07/24/2020 03:55:00 | Resolution Action: 10-91 - Non-Crime Corrected |
| Priority: Normal | Last Updated By: THOMAS.GERAGHTY_n ypd.org#EXT#@nycdoitt.o nmicrosoft.com | Status: Closed |
| Location: | | Source Channel: 311 Call Center |

Description: A NIGHT CLUB IS FULLY ACTIVATED INDOORS WITH PEOPLE PARTYING AND NO SOCIAL DISTANCING EVERYBODY ON TOP OF EACHOTHER

Disposition Comments:

Disposition Description:

Notes:

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: | First Name: | |
| Address: | | Apt : |
| City: | State: | Zip: |
| Home Phone #: | Work Phone #: | |
| Email: | Language: | ID: 3477943234 |
| Notes: | | |






# New York City Police Department
# 311

## Incident

| | | | |
|---|---|---|---|
| SR Number: | 311-03322854 | Occurred: 07/24/2020 23:22:57 | Unit Assigned: |
| Type: | Noise - Commercial | Received: 07/24/2020 23:34:05 | Assigned Command: Precinct 9 |
| Short Desc.: | Loud Music/Party | Last Updated At: 07/25/2020 00:54:00 | Resolution Action: 10-90X - Unfounded |
| Priority: | Normal | Last Updated By: MICHAEL.LAU_nypd.org#EXT#@nycdoitt.onmicrosoft.com | Status: Closed |
| Location: | Club/Bar/Restaurant | | Source Channel: 311 Portal |

Description: The bar Cloister cafe is playing really loud music. It is especially loud on the rear side of the building (but not as noticeable on the street side). They have an open patio area where they play the music. The address to the cafe is 238 E 9th street (Manhattan) but the open patio area is not directly next to their storefront and is located to the right of Cha-an (238A E 9th street) behind a steel gate. This happened Thursday, Friday, and Saturday night of last week as well as a few nights this week. The noise is coming from their open patio area located to the right of 238A E 9th street

Disposition Comments:
Disposition Description:
Notes:

## Address

| | | | |
|---|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | | Housing PSA: |

## Caller

| | | | |
|---|---|---|---|
| Last Name: Uy | | First Name: Chad | |
| Address: | | | Apt : |
| City: | | State: NY | Zip: 10003 |
| Home Phone #: | | Work Phone #: | |
| Email: | | Language: | ID: |
| Notes: | | | |





# New York City Police Department
## 311



## Incident

| | | |
|---|---|---|
| SR Number: 311-03324894 | Occurred: 07/25/2020 02:26:27 | Unit Assigned: |
| Type: Noise - Commercial | Received: 07/25/2020 02:35:14 | Assigned Command: Precinct 9 |
| Short Desc.: Loud Music/Party | Last Updated At: 07/25/2020 02:56:00 | Resolution Action: 10-91 - Non-Crime Corrected |
| Priority: Normal | Last Updated By: MICHAEL.LAU_nypd.org#EXT#@nycdoitt.onmicrosoft.com | Status: Closed |
| Location: Club/Bar/Restaurant | | Source Channel: 311 Portal |

Description: The caller wants to complaint about a noise from a club, he wants someone to go to his house and measure the decibels since the noise from the street is not as loud as it is in his house. The name of the business is Cloister Cafe

Disposition Comments:

Disposition Description:

Notes:

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: ZITELLI | First Name: CHRIS | |
| Address: | | Apt : |
| City: ▮▮▮▮ | State: NY | Zip: 10003 |
| Home Phone #: ▮▮▮▮ | Work Phone # ▮▮▮▮ | |
| Email: ▮▮▮▮ | Language ▮▮ | ID: |
| Notes: | | |



Executed:8/20/2020 16:57

Executed by:NYPDFINEST
\HSIEH921431



# New York City Police Department
# 311



## Incident

| | | |
|---|---|---|
| SR Number: 311-03324994 | Occurred: 07/25/2020 02:40:22 | Unit Assigned: |
| Type: Noise - Commercial | Received: 07/25/2020 02:47:36 | Assigned Command: Precinct 9 |
| Short Desc.: Loud Music/Party | Last Updated At: 07/25/2020 02:54:00 | Resolution Action: 10-91 - Non-Crime Corrected |
| Priority: Normal | Last Updated By: MICHAEL.LAU_nypd.org# EXT#@nycdoitt.onmicros oft.com | Status: Closed |
| Location: Club/Bar/Restaurant | | Source Channel: 311 Portal |

Description: The caller wants to complaint about a noise from a club, he wants someone to go to his house and measure the decibels since the noise from the street is not as loud as it is in his house. Cloister Cafe

Disposition Comments:

Disposition Description:

Notes:

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: ZITELLI | First Name: CHRIS | |
| Address: ▮▮▮ | | Apt : |
| City: ▮▮▮ | State: NY | Zip: 10003 |
| Home Phone #: ▮▮▮ | Work Phone #: ▮▮▮ | |
| Email: ▮▮▮ | Language: | ID: |
| Notes: ▮▮▮ | | |





# New York City Police Department
## 311



## Incident

| | | |
|---|---|---|
| SR Number: 311-03371638 | Occurred: 07/29/2020 02:09:46 | Unit Assigned: |
| Type: Noise - Commercial | Received: 07/29/2020 02:14:28 | Assigned Command: Precinct 9 |
| Short Desc.: Loud Music/Party | Last Updated At: 07/29/2020 02:56:00 | Resolution Action: 10-90X - Unfounded |
| Priority: Normal | Last Updated By: THOMAS.YANG_nypd.or g#EXT#@nycdoitt.onmicr osoft.com | Status: Closed |
| Location: Club/Bar/Restaurant | | Source Channel: 311 Portal |

Description: Loud party every night from Tue to Sat, 11pm to 4pm.
Can be heard throughout the bloc.
DONT SAY TGERES NO EVIDENCE! Call me if any questions (I?m not sleeping anyway...) Every day, Tue to Sat, 11pm to 4am
Cloister cafe/Tropical club.
Noise from the tent (outside area).
Please do your job so that we can do our nights.

Disposition Comments:

Disposition Description:

Notes:

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: Bourassin | First Name: Tristan | |
| Address: | | Apt : |
| City: | State: NY | Zip: 10003 |
| Home Phone #: | Work Phone #: | |
| Email: | Language: | ID: |
| Notes: | | |

Executed:8/20/2020 16:56

Executed by:NYPDFINEST
\HSIEH921431



# New York City Police Department
# 311



## Incident

| | | |
|---|---|---|
| SR Number: 311-03371658 | Occurred: 07/29/2020 02:24:39 | Unit Assigned: |
| Type: Noise - Commercial | Received: 07/29/2020 02:24:40 | Assigned Command: Precinct 9 |
| Short Desc.: Loud Music/Party | Last Updated At: 07/29/2020 02:57:00 | Resolution Action: 10-91 - Non-Crime Corrected |
| Priority: Normal | Last Updated By: THOMAS.YANG_nypd.or g#EXT#@nycdoitt.onmicr osoft.com | Status: Closed |
| Location: Store/Commercial | | Source Channel: 311 Mobile - iPhone |

Description: Establishment is Cafe Tucano, formally the Cloister Cafe. Pounding music every night except Sunday and Monday until 3:00am. Cannot be heard from the street but is very loud in my bedroom located around the block at 139 2nd Ave, which overlooks cafe garden and where dance music originates. This is the 4th time I have lodged a noise complaint in the last 10 days. I was told Id get an email detailing how to arrange a noise measuring visit from the city but I have yet to receive one.

Disposition Comments:

Disposition Description:

Notes:

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST NINTH STREET | Apt. #: N/A |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: Zitelli | First Name: Chris | |
| Address: | | Apt : |
| City: | State: | Zip: |
| Home Phone #: | Work Phone #: | |
| Email: | Language: | ID: |
| Notes: | | |



Page 1 of 1

Executed:8/20/2020 16:55                                          Executed by:NYPDFINEST
                                                                  \HSIEH921431




# New York City Police Department
# 311

## Incident

| | | |
|---|---|---|
| SR Number: 311-03381222 | Occurred: 07/29/2020 22:56:32 | Unit Assigned: |
| Type: Noise - Commercial | Received: 07/29/2020 22:59:41 | Assigned Command: Precinct 9 |
| Short Desc.: Loud Music/Party | Last Updated At: 07/29/2020 23:31:00 | Resolution Action: 10-90X - Unfounded |
| Priority: Normal | Last Updated By: TIMUR.POPAL_nypd.org #EXT#@nycdoitt.onmicro soft.com | Status: Closed |
| Location: Club/Bar/Restaurant | | Source Channel: 311 Portal |

Description: Loud music from garden area, under tent. Recurring issue, and repeated inaction from relevant services... Every day from Tue to Sat, 11pm to 4am Cloister cafe/ Cafe Tucano. Noise heard in buildings around.

Disposition Comments:

Disposition Description:

Notes:

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: Bourassin | First Name: Tristan | |
| Address: | | Apt : |
| City: | State: | Zip: |
| Home Phone #: 9 | Work Phone #: 9 | |
| Email: 1 | Language: | ID: |
| Notes: | | |






# New York City Police Department
# 311

## Incident

| | | |
|---|---|---|
| SR Number: 311-03391397 | Occurred: 07/30/2020 22:40:21 | Unit Assigned: 9d |
| Type: Noise - Commercial | Received: 07/30/2020 22:42:26 | Assigned Command: Precinct 9 |
| Short Desc.: Loud Music/Party | Last Updated At: 07/30/2020 23:02:00 | Resolution Action: 10-90Y - Unnecessary |
| Priority: Normal | Last Updated By: TIMUR.POPAL_nypd.org #EXT#@nycdoitt.onmicrosoft.com | Status: Closed |
| Location: Club/Bar/Restaurant | | Source Channel: 311 Portal |

Description: Loud music noise from tent Every day Tue to Sat from 10pm to 4am Cloister cafe / cafe Tucano

Disposition Comments:

Disposition Description:

Notes:

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: Bourassin | First Name: Tristan | |
| Address: | | Apt : |
| City: | State: | Zip: |
| Home Phone #: ███████ | Work Phone #: 91████ | |
| Email: ███████ | Language: | ID: |
| Notes: | | |



Page 1 of 1




# New York City Police Department
# 311

## Incident

| | |
|---|---|
| SR Number: 311-03392124 | Occurred: 07/30/2020 23:59:37 |
| Type: Noise - Commercial | Received: 07/30/2020 23:59:41 |
| Short Desc.: Loud Music/Party | Last Updated At: 07/31/2020 00:08:00 |
| Priority: Normal | Last Updated By: ROBERT.GARCIA2_nypd |

Unit Assigned:
Assigned Command: Precinct 9
Resolution Action: 10-90X - Unfounded
Status: Closed

Last Updated By: ROBERT.GARCIA2_nypd .org#EXT#@nycdoitt.onmi crosoft.com

Location:

Source Channel: 311 Call Center

Description: THE BAR HAS ABOUT 25 PEOPLE WAITING TO GET IN ON TOP OFF THE PEOPLE ALREADY WAITING ON THE INSIDE. THE NOISE IS FROM CHATTER AND LOUD MUSIC

Disposition Comments:
Disposition Description:
Notes:

## Address

| | |
|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | |
| Precinct/Sector: 009/9D | Transit Dist: 103 |

Apt. #:
Patrol Boro: MANHATTAN
Housing PSA:

## Caller

| | | |
|---|---|---|
| Last Name: | First Name: | |
| Address: | | Apt : |
| City: | State: | Zip: |
| Home Phone #: | Work Phone #: | |
| Email: | Language: | ID: 9178460400 |
| Notes: | | |



Executed:8/20/2020 16:53
Executed by:NYPDFINEST
\HSIEH921431




# New York City Police Department
# 311

## Incident

| | | |
|---|---|---|
| SR Number: 311-03406329 | Occurred: 08/01/2020 02:46:32 | Unit Assigned: |
| Type: Noise - Commercial | Received: 08/01/2020 02:46:32 | Assigned Command: Precinct 9 |
| Short Desc.: Loud Music/Party | Last Updated At: 08/01/2020 03:24:00 | Resolution Action: 10-90X - Unfounded |
| Priority: Normal | Last Updated By: CHARSEL.ANTHONY_ny pd.org#EXT#@nycdoitt.on microsoft.com | Status: Closed |
| Location: Store/Commercial | | Source Channel: 311 Mobile - iPhone |

Description: Loud thumping music from Cafe Tucano (formerly Cafe Cloister). Every night except Sun/Mon until past 3am. Sound not loud at street entrance but music is in the back which is under my bedroom window. My apt is at 139 Second Ave at the back of building - thats where my room overlooks Cafe music.
Please help, cannot sleep!

Disposition Comments: Duplicate Job

Disposition Description:

Notes:

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: N/A |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: Zitelli | First Name: Chris | |
| Address: | | Apt : |
| City: | State: | Zip: |
| Home Phone #: | | |
| Email: | | ID: |
| Notes: | | |



Executed:8/20/2020 16:52

Executed by:NYPDFINEST
\HSIEH921431



# New York City Police Department
## 311



| Incident | | | |
|---|---|---|---|
| SR Number: 311-03417967 | Occurred: 08/01/2020 23:38:34 | Unit Assigned: | |
| Type: Noise - Residential | Received: 08/01/2020 23:43:14 | Assigned Command: Precinct 9 | |
| Short Desc.: Loud Music/Party | Last Updated At: 08/02/2020 00:55:00 | Resolution Action: 10-90X - Unfounded | |
| Priority: Normal | Last Updated By: NICOLE.MONACO_nypd. org#EXT#@nycdoitt.onmi crosoft.com | Status: Closed | |
| Location: Residential Building/House | | Source Channel: 311 Portal | |

Description: The New cafe near me called Cafe Tucano (238 e 9th street) has been having an underground club with bottle service all night long every single weekend and the noise is getting out of hand. I went to check it out last weekend to see what was going on and nobody was wearing masks inside or following social distancing. On the weekend this goes until 4am!! It?s getting out of hand. On the weekends. Cafe Tucano. A new spot.. you should see a bouncer outside at the door and a host.

Disposition Comments:

Disposition Description:

Notes:

**Address**

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: Cafe Tucano |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

**Caller**

| | | |
|---|---|---|
| Last Name: | First Name: | |
| Address: | | Apt : |
| City: | State: | Zip: |
| Home Phone #: | Work Phone #: | |
| Email: | Language: | ID: |
| Notes: | | |



Executed:8/20/2020 16:51                                                               Executed by:NYPDFINEST
\HSIEH921431



# New York City Police Department
# 311



## Incident

| | | |
|---|---|---|
| SR Number: 311-03468605 | Occurred: 08/04/2020 23:08:59 | Unit Assigned: 9d |
| Type: Noise - Commercial | Received: 08/04/2020 23:11:15 | Assigned Command: Precinct 9 |
| Short Desc.: Loud Music/Party | Last Updated At: 08/04/2020 23:24:00 | Resolution Action: 10-90Y - Unnecessary |
| Priority: Normal | Last Updated By: TIMUR.POPAL_nypd.org #EXT#@nycdoitt.onmicrosoft.com | Status: Closed |
| Location: Club/Bar/Restaurant | | Source Channel: 311 Portal |

Description: Loud music under tent - bar acting as nightclub Tue to Sat, 11pm to 4am Cafe Tucano /Cloister cafe

Disposition Comments:

Disposition Description:

Notes:

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: Bourassin | First Name: Tristan | |
| Address: | | Apt : |
| City: | State: | Zip: |
| Home Phone #: | Work Phone #: | |
| Email: | Language: | ID: |
| Notes: | | |



Page 1 of 1

Executed:8/20/2020 16:51
Executed by:NYPDFINEST
\HSIEH921431




# New York City Police Department
# 311

## Incident

| | | |
|---|---|---|
| SR Number: 311-03489921 | Occurred: 08/05/2020 22:56:54 | Unit Assigned: 9d |
| Type: Noise - Commercial | Received: 08/05/2020 22:59:56 | Assigned Command: Precinct 9 |
| Short Desc.: Loud Music/Party | Last Updated At: 08/05/2020 23:16:00 | Resolution Action: 10-90Y - Unnecessary |
| Priority: Normal | Last Updated By: AFZAL.FAZAL_nypd.org# EXT#@nycdoitt.onmicros oft.com | Status: Closed |
| Location: Club/Bar/Restaurant | | Source Channel: 311 Portal |

Description: Loud music in tent outside, everyday including work days... can be heard and felt (vibrations) until late even with windows closed Tue to Sat, 11pm to 4am Cafe Tucano, entrance via Cloister Cafe

Disposition Comments:

Disposition Description:

Notes:

## Address

| | | |
|---|---|---|
| Street Number: 238 | Street Name: EAST 9 STREET | Apt. #: |
| Cross Streets: STUYVESANT STREET / 2 AVENUE | | Patrol Boro: MANHATTAN |
| Precinct/Sector: 009/9D | Transit Dist: 103 | Housing PSA: |

## Caller

| | | |
|---|---|---|
| Last Name: Bourassin | First Name: Tristan | |
| Address: | | Apt : |
| City: | State | Zip: |
| Home Phone #: | Work Phone # | |
| Email: | Language: | ID: |
| Notes: | | |

