UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE CLOISTER EAST, INC.,

                Plaintiff,

-against-                                      20-cv-6545 (LAK)

NEW YORK STATE LIQUOR AUTHORITY,

                Defendant.
------------------------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        The order to show cause, entered September 28, 2022, is discharged.

        The plaintiff shall advise the Court, not later than seven days after the Appellate Division decides the pending appeal, of the outcome and provide the Court with a copy of the decision.

        SO ORDERED.

Dated:      October 24, 2022

                                                                   Lewis A. Kaplan
                                                         United States District Judge