**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

The Cloister East, Inc. D/B/A Cloister Café, Drobenko Bros Realty Inc., Jaroslaw Drobenko, Nicholas Drobenko, John Drobenko, Walter Drobenko,

                  Plaintiffs,

v.

The New York State Liquor Authority, VINCENT BRADLEY, as chairman, New York State Liquor Authority; LILY FAN, as commissioner, New York State Liquor Authority; GREELEY FORD, as commissioner, New York State Liquor Authority; GARY MEYERHOFF, as general counsel, New York State Liquor Authority; MARGARITA MARSICO, as associate counsel, New York State Liquor Authority; THOMAS DONOHUE, as secretary to the Authority, New York State Liquor Authority; CHARLES STRAVALLE, as investigator, New York State Liquor Authority each sued in their individual capacities.

                  Defendants.

**MEMO ENDORSED**

Civil Action No.: 1:20-cv-06545-LAK



## NOTICE OF MOTION FOR SUBSTITUTION

**PLEASE TAKE NOTICE that**, Maria Drobenko, acting in her capacity as the executor of the estate of John Drobenko, one of the named plaintiffs in this lawsuit, respectfully moves the Court for an order substituting her for plaintiff John Drobenko under the Federal Rules of Civil Procedure 25(a)(1), and in support of said motion, submits the accompanying affidavit and memorandum of law.

Granted
SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

3/15/23

i