**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
THE CLOISTER EAST, INC., etc., et al,

                    Plaintiff,

-against-                        20 **CIVIL** 6545 (LAK)

**JUDGMENT**

NEW YORK STATE LIQUOR AUTHORITY, et al.,

                    Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated October 08, 2024, the defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      October 9, 2024

                                                      **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                            **BY:**
                                                   **Deputy Clerk**